No. D–524.   IN RE DISBARMENT OF WETHERBEE.   It is ordered that R. Michael Wetherbee, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 35, Orig.   UNITED STATES v. MAINE ET AL.   Motion of Massachusetts for leave to file a reply brief granted.   [For earlier order herein, see, e. g., ante, p. 808.]

No. 84–1076.   TRANSCONTINENTAL GAS PIPE LINE CORP. v. STATE OIL AND GAS BOARD OF MISSISSIPPI ET AL.   Sup. Ct. Miss.   [Probable jurisdiction noted, 470 U. S. 1083.]   Motion of Louisiana for leave to file a brief as amicus curiae out of time denied.

No. 84–1198.   TEXAS v. McCULLOUGH.   Ct. Crim. App. Tex. [Certiorari granted, 472 U. S. 1007.]   Motion of John Mann, Esquire, to permit Jeff Blackburn, Esquire, to present oral argument pro hac vice on behalf of respondent granted.

No. 84–1236.   CABANA, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. v. BULLOCK.   C. A. 5th Cir.   [Certiorari granted, 471 U. S. 1052.]   Motion of National Association of Criminal Defense Lawyers for leave to file a brief as amicus curiae granted.

No. 84–1274.   BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM v. DIMENSION FINANCIAL CORP. ET AL.   C. A. 10th Cir.   [Certiorari granted, 471 U. S. 1064.]   Motion of respondents for divided argument granted.   JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 84–1279.   DELAWARE v. VAN ARSDALL.   Sup. Ct. Del. [Certiorari granted, 473 U. S. 923.]   Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.